**John Willie MACK, Jr., Plaintiff–Appellant,**

v.

**Anthony C. LIEBERT, Assistant Solicitor, Defendant–Appellee,**

and

**J. Roger Poole, Public Defender, Defendant.**

No. 11–6858.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

John Willie Mack, Jr., Appellant Pro Se. Edwin Calhoun Haskell, III, Smith & Haskell, Spartanburg, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Willie Mack, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Mack v. Liebert*, No. 7:10–cv–02372–DCN, 2011 WL 2457354 (D.S.C. June 16, 2011 & June 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*